# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MORRA,<br><br>        Plaintiff,<br><br>vs.<br><br>RYDER TRUCK RENTAL, INC., et al.,<br><br>        Defendants. | Case No.: 1:11cv01992 AWI DLB<br><br>ORDER RE: INFORMAL DISCOVERY DISPUTE<br><br>(Doc. 34) |

    Plaintiff Steven Morra ("Plaintiff") and Defendant Ryder Truck Rental, Inc. ("Defendant") sought informal resolution of a discovery dispute concerning nine (9) subpoenas issued by Defendant seeking production of Plaintiff's medical records from two separate worker's compensation claims.

    On September 14, 2012, the parties participated in a telephonic discovery dispute conference before the undersigned. Kirby F. Canon appeared on behalf of Plaintiff. Brooke B. Tabshouri appeared on behalf of Defendant.

    Pursuant to the discovery conference, it is HEREBY ORDERED as follows:

1. Plaintiff's medical records are relevant and discoverable. Plaintiff has put his medical status at issue by claiming that Defendant discriminated against him based on

his medical condition and that Defendant failed to make reasonable accommodation for his disability.  Complaint ¶¶ 26, 32.

2. Plaintiff's objections to Defendant's subpoenas are OVERRULED; however, as agreed to by Defendant, the scope of the subpoenas is limited to the period from January 2010 to the present and shall not include billing records.

3. The medical records produced pursuant to the document subpoenas shall be subject to a protective order between the parties.

4. The parties are directed to meet and confer to develop an appropriate protective order for the designation of confidential records, including Plaintiff's medical records.

5. The parties shall submit a proposed stipulated protective for this Court's approval no later than September 21, 2012.

IT IS SO ORDERED.

Dated:    **September 14, 2012**                    /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE