**WILLIAM J. SMITH - #056116**
**KIRBY F. CAÑON #276414**
**SMITH JOHNSON, INC.**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Plaintiff, STEVEN MORRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MORRA,<br><br>            Plaintiff,<br><br>vs.<br><br>RYDER TRUCK RENTAL, INC., a Florida corporation, and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:11-CV-01992-AWI-DLB<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: October 17, 2011 |

**IT IS HEREBY STIPULATED** by and between Plaintiff, STEVEN MORRA, and Defendant, RYDER TRUCK RENTAL INC., a Florida Corporation, by and through their respective counsel, that the above captioned lawsuit be and hereby is dismissed, with prejudice in its entirety, each party to bear its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

Dated: January 4, 2013

                                        SMITH JOHNSON, INC.


                                         /s/William J. Smith
                                        WILLIAM J. SMITH, Attorneys for Plaintiff
                                        STEVEN MORRA

////

////

| | |
|---|---|
| Dated: January 4, 2013 | FISHER & PHILLIPS |
| | /s/ Brooke B. Tabshouri |
| | BROOKE B. TABSHOURI, Attorneys for Defendant RYDER TRUCK RENTAL, INC., |

* * * *

**ORDER**

The above Stipulation is hereby adopted as an order of this Court.

IT IS SO ORDERED.

Dated:   January 4, 2013

UNITED STATES DISTRICT JUDGE