Christopher C. Hoffman (SBN 176334)
    Email: choffman@laborlawyers.com
Brooke B. Tabshouri (SBN 279145)
    Email: btabshouri@laborlawyers.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone   (858) 597-9600
Facsimile    (858) 597-9601

Attorney for Defendant RYDER TRUCK RENTAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MORRA,<br><br>    Plaintiff,<br><br>vs.<br><br>RYDER TRUCK RENTAL, INC., a corporation, and DOES 1-20, inclusive.<br><br>    Defendant. | Case No.: 1:11-cv-01992-AWI-DLB<br><br>**STIPULATION AND ORDER DISMISSING CROSS-COMPLAINT WITH PREJUDICE**<br><br>Cross-Complaint Filed: December 1, 2011<br><br>*Removed from Fresno Co. Superior Court: December 2, 2012*<br>*[Case No. 11 CE CG 03608 DSB]*<br><br>Trial Date: December 4, 2013 |

///

///

///

IT IS HEREBY STIPULATED by and between Plaintiff, STEVEN MORRA, and Defendant, RYDER TRUCK RENTAL, INC., by and through their counsel of record, that the cross-complaint in the above captioned lawsuit be and hereby is dismissed, with prejudice in its entirety, each party to bear its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

IT IS SO STIPULATED.

DATED: January 17, 2013            FISHER & PHILLIPS LLP

By:   __/s/Brooke B. Tabshouri_____
      Christopher C. Hoffman
      Brooke Blanchard Tabshouri
      Attorney for Defendant
      RYDER TRUCK RENTAL, INC.

DATED:  January 17, 2013           SMITH JOHNSON, INC.

By:   __/s/ William J. Smith_____
      William J. Smith
      Kirby F. Canon
      Attorney for Plaintiff
      STEVEN MORRA


IT IS SO ORDERED.

Dated:  January 18, 2013           _____
                                   SENIOR DISTRICT JUDGE